AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina ▼

United States of America )
v. )
Christopher K. Carnes )
)  Case No.  5:26-mJ-1912-BM
)
)
)
)

_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **May 12, 2026 - June 6, 2026**  in the county of  **Wake**  in the **Eastern** District of  **North Carolina**  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C § 871(a) | The defendant, did knowingly and willfully make a threat to take the life, to kidnap, or to inflict bodily harm upon the President of the United States. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Oxendine, Special Agent, USSS
*Printed name and title*

Sworn to before me telephonically and signed by reliable electronic means

Date: June 12, 2026; 12:46 pm

_____
*Judge's signature*

City and state:  Raleigh, North Carolina

Brian S. Meyers, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Alexander Oxendine, being duly sworn, depose and state that:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the United States Secret Service (USSS) assigned to the Raleigh (RAL) Resident Office. As a Special Agent with the USSS, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), and I am authorized to investigate violations of federal laws and request and execute search and arrest warrants issued under the authority of the United States. I have been employed with the USSS as a Special Agent since January 29, 2024. I have completed extensive training at both the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, Glynco, GA and the Special Agent Training Course at the USSS training facility located in Beltsville, MD. This training included instruction in general law enforcement and criminal investigations to include violations of Title 18, United States Code, Section 871(a) (Threats Against President and Successors to the Presidency). During my time with the Secret Service, I have conducted protective intelligence investigations involving threats to the President and other USSS protectees.

2. I make this affidavit in support of a criminal complaint and arrest warrant for **CHRISTOPHER KEY CARNES** (hereinafter "**SUBJECT**"). Based on the information detailed below, I submit that there is probable cause to believe that, between on or about May 13, 2026, and on or about June 6, 2026, in the Eastern

District of North Carolina, **SUBJECT** committed the crime of Communicating Threats Against the President of the United States in violation of Title 18, United States Code Section 871(a).

3.     The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents and investigators involved in this investigation. This affidavit contains only the information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

## APPLICABLE STATUTE

4.     Under Title 18 United States Code § 871(a), it is a crime to "knowingly and willfully…make[] any such threat against the President, President-elect, Vice President or other officer next in the order of succession to the office of President." The statute explicitly prohibits threats to murder, kidnap, or inflict bodily harm on the President of the United States, the President-elect, the Vice President or other officer next in the order of succession to the office of President of the United States, or the Vice President-elect. It carries a maximum term of imprisonment of not more than five years.

## PROBABLE CAUSE

5.     On May 13, 2026, at approximately 2:32 PM, the PFPA (Pentagon Force Protection Agency) notified the United States Secret Service of a post by Facebook

account Yage Sinbad Genie. That account is owned and operated by the **SUBJECT**. On the above date, he posted a video in which he stated "DJT I am going to kill you."

6. Further investigation of the Facebook account Yage Sinbad Genie, revealed that in that May 13, 2026 Facebook video, **SUBJECT** said "So, how you doing? My name is Christopher Carnes. 3/18/1993 is my birthday, last 4 of my social is 0405." Later in that same video, **SUJBECT** stated

> So, like Donald Trump. Ima kill you, my name Christopher Carnes, 3/18/1993. Donald J, Trump. I'm going to kill you and I got to do what I got to do to get in front of a fucking judge, so that way the fucking judge can figure out what the fuck is going on, with this hard, hit that Daniella [unintelligible] and you ran Operation Epic Fury. So I'm not mental health. I'm not crazy. I know exactly what I'm saying. Charge me with a terroristic threat. I'm good. I will take that terroristic act because I have a lot of questions for a lot of shit for a lot of fucking people for you ready.

7. On May 12, 2026, at 0617 AM EST, **SUBJECT** posted a video of a rambling message from him. During the course of that post, **SUBJECT** declared that he "ain't ever ran from a motherfucker, I'm right here at the Walmart bitch" before clarifying that "I'm right here in North Carolina. Bitch right here in the Wake Forest Triangle. There go the Walmart right there...." The **SUJBECT** then stated "Baby tell Donald Trump, tell Diana Reed bitch bring your motherfucking ass on cause I'm sick of you're weak asses." **SUBJECT** continued his rant by declaring that he was not scared "of the motherfucking police, Secret Service, or military." Then he focused on law enforcement and said

> Let me tell you something law enforcement. When I tell y'all to get behind my car. This red bitch here. I don't give

a fuck if the insurance ain't paid, I don't give a fuck if the motherfucking tag ain't on that bitch. I don't give a fuck if all the windows off this motherfucker, I don't give a fuck if all I have is the motherfucking rim. I DON'T GIVE A FUCK! Cause I'm sick of y'all motherfucking threats.

8. After that, **SUBJECT** said "Donald J Trump you ran this Operation Epic Fury bitch I told ya imma kill you and the blood of Jesus, whatever the fuck name you want it to be." **SUBJECT** told viewers to contact "the motherfucking Secret Service in Washington, DC Raleigh North Carolina." He then stated his willingness to shoot at responding law enforcement. Later in the post, **SUBJECT** said he was "all in." From my training and experience, I am aware that the phrase "all in" means to be completely committed. **SUBJECT** explained that he was committed because "I ain't got shit to motherfucking lose." Further analysis of this post and the one on May 13, 2026, revealed they were made in Raleigh, NC.

9. On May 18, 2026, USSS called the **SUBJECT's** cell phone to confirm the **SUBJECT's** location. **SUBJECT** answered the phone and stated he was parked in the parking lot of Target off Capital Blvd. The **SUBJECT** was instructed to remain at Target until agents responded to his location. Agents, along with an officer from the Raleigh Police Department (RPD), identified and interviewed the **SUBJECT** in the parking lot of Target at 7900 Old Wake Forest Rd, Raleigh, NC. The **SUBJECT's** vehicle (red Dodge Charger, Georgia plate #SFR7144) was identified as belonging to him by agents. The subject was cooperative and confirmed he posted all the above comments on Facebook. The subject stated he had been waiting to speak with Secret Service agents regarding the comments made. The **SUBJECT** said he needed to talk

4

to a higher level of law enforcement because the RPD was "too low" for him. The subject stated he had multiple issues and legal matters that occurred in Georgia that he wishes to inform government officials about. The **SUBJECT** stated he makes posts on Facebook for law enforcement to see the criminal acts being committed. The **SUBJECT** stated he wished to join the Secret Service or military to help with these matters. The **SUBJECT** stated he owns the red Dodge Charger present at the scene and had been living in it and had been residing in Raleigh for the past few weeks. The subject stated he is originally from Georgia but decided to spend time in Raleigh to attend church. The subject stated he recently traveled to Washington, D.C. on April 8, 2026, to express his concerns about issues he believes government officials can resolve. The **SUBJECT** stated he does not plan on traveling back to Washington, D.C. anytime soon. The **SUBJECT** stated he does not own or have access to any firearms and does not have a history of training with firearms.

10. The **SUBJECT** stated during the interview that he has been diagnosed by a mental health provider to have Attention Deficit Hyperactivity Disorder (ADHD). The **SUBJECT** stated he has been prescribed medication for ADHD and sleep medicine. However, the **SUBJECT** also stated he does not take any prescribed medication because it irritates his stomach lining. The **SUBJECT** stated he self-medicates with marijuana he bought legally. The **SUBJECT's** only other financial income is through social security.

11. On June 9, 2026, at 3:40 PM, PFPA notified USSS of several videos posted by the **SUBJECT** on Facebook account Yage Sinbad Genie Two. All the videos

appeared to have been made on June 5 – 6, 2026, and seemed to have been filmed in the Raleigh, NC area based **SUBJECT's** statements in the videos.

12. The most concerning video was posted on June 6, 2026, at 9:06 AM and lasted nearly eight minutes. During the video, **SUBJECT** referenced two separate "pipe bombs." The video begins with **SUBJECT** setting out that "Y'all know I am a man of my word, right" before stating that he has a pipe bomb. Acting like a perceived audience, **SUBJECT** asked how he could have obtained a pipe bomb with law enforcement supposedly watching him. **SUBJECT** then rhetorically asked "When have y'all known me to lie?" After that, **SUJBECT** exits his vehicle and goes to the trunk of his car. He opened the truck of the car to reveal the following



**SUBJECT** described the large PVC pipe as his "PVC Blaster" and asked viewers if they knew how much pressure it could hold.

6



SUBJECT then declared that viewers might believe such a device to be "more deadly than anything" else.

13. Upon reentering his vehicle, SUBJECT asked viewers if "Y'all remember that old rusty black box?" before opening a small black box that contains a metal pipe.



Case 5:26-cr-00120-FL-KS    Document 1    Filed 06/12/26    Page 8 of 12



After describing the item, **SUBJECT** stated "I want to show this to Donald Trump, to Russia, to China, and North Korea." Later in the same post, **SUBJECT** describes himself as someone who "When I actually say I am going to do something, I am going to do it." He continued "This here Donald Trump…this here…I've told you Donald Trump, I'm not a person for bluff calling…now that the Government knows I have a live bomb in my car" and declared that "Well you fuck around and you come find out."

14. During the post, **SUBJECT** said he has been in Raleigh since April 4, 2026. At multiple times, **SUBJECT** made statements that indicated he had an actual explosive device, including saying "[o]ne thing about have a real bomb…." Later in the post, **SUBJECT** challenged the President of the United States by saying "I Don't have time to bullshit about my kids, Donald Trump. You are not coming for the terrorist threats…so you want to build a case, I'm going to help you build it." From

8

my review of his prior posts, I believe this is in reference to earlier threats made by **SUBJECT** referenced above.

15.     **SUBJECT** directed law enforcement "[d]on't wait until tomorrow, cause I really want to let this bomb off today." "I want to tell you, Muslims like blowing up shit" the **SUBJECT** shared and added "Muslims like to nuke shit. And this little bomb right here…." Following these declarations, the **SUBJECT** showed an item that he claimed to be a detonator for the pipe bomb in the black box.



16.     **SUBJECT** concluded the post by stating

> Like I said Donald Trump, I don't have time for operation Epic Fury no more. Now you know I got a live fucking bomb in the fucking car. Now I know you're coming any fucking way. I've warned you over the years…so now Donald Trump, guess what I don't want your fucking help. Now I want the world to blow the fuck up like I've been telling you.

A review of similar posts found location details indicating **SUBJECT** was in Wake County. Review of those posts show the **SUBJECT** wearing the same clothes as in the above post.

9

17. On June 10, 2026, at 10:30 AM, **SUBJECT** voluntarily appeared at the RPD's Investigative Division in a red Dodge Charger displaying a Georgia license plate SFR7144. During his voluntary interactions with RPD, **SUBJECT** stated he had a warrant for his arrest before becoming erratic with officers. **SUBJECT** was detained. Local law enforcement are familiar with **SUBJECT**, including **SUBJECT's** claims that he explosive materials in his vehicle. Accordingly, local law enforcement secured the vehicle and notified the RPD Bomb Squad.

18. A K9 performed an open-air sniff around the vehicle and alerted on the potential presence of explosive materials in the car. Based on that, RPD Bomb Squad conducted a public safety sweep of the vehicle where they recovered an empty plastic PVC pipe and metal pin that were the alleged explosive materials in the vehicle. Those items matched those shown by the **SUBJECT** in his posts where he claimed they were explosive devices.

## CONCLUSION

19. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that **SUBJECT**, **CHRISTOPHER KEY CARNES**, committed the crime of Communicating a Threat Against the President of the United

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

10

States, in violation of 18 U.S.C. §871(a). Accordingly, I respectfully request this Court issue a warrant ordering his arrest for that crime.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Respectfully Submitted,

ALEXANDER OXENDINE
Special Agent
United States Secret Service

On this __12th__ day of June 2026, at or around __12:46__ AM/PM, Special Agent Alexander Oxendine appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this Affidavit.

BRAD S. MEYERS
United States Magistrate Judge

11