UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-120-FL-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHRISTOPHER CARNES | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about May 13, 2026, in the Eastern District of North Carolina, the defendant, CHRISTOPHER CARNES, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically by recording a video and posting it to Facebook in which he said "So, like Donald Trump: Ima kill you, my name CHRISTOPHER CARNES…Donald J. Trump. I'm going to kill you…,"in violation of Title 18, United States Code, Section 871(a).

## COUNT TWO

On or about June 6, 2026, in the Eastern District of North Carolina, CHRISTOPHER CARNES, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, specifically by recording a video and posting it to Facebook in which he shows two devices described as pipe bombs, said "I want to show this to Donald Trump" and then

later said "Like I said Donald Trump, I don't have time for operation Epic Fury no more. Now you know I got a live fucking bomb in the fucking car...I've warned you over the years...Now I want the world to blow the fuck up like I've been telling you,"

in violation of Title 18, United States Code, Section 871(a).

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 7/7/2026

W. ELLIS BOYLE
United States Attorney

BY: LOGAN W. LILES
Assistant United States Attorney