UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-120-FL-KS-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER K. CARNES | MOTION TO DETERMINE COMPETENCY OF DEFENDANT UNDER 18 U.S.C. § 4241 AND MOTION TO STAY PRETRIAL MOTIONS AND ARRAIGNMENT |

Pursuant to 18 U.S.C. §§ 4241, counsel for Christopher K. Carnes respectfully moves the Court for a determination of the mental competency of Mr. Carnes to stand trial. Counsel has reasonable cause to believe that Mr. Carnes may be presently suffering from a mental disease or defect rendering him mentally incompetent. For these reasons, it is requested that the Court order that a psychiatric and/or psychological evaluation of Mr. Carnes be conducted, and that a report be filed with the Court pursuant to 18 U.S.C. § 4247. Counsel requests that the evaluation determine whether Mr. Carnes understands the nature and consequences of the proceedings against him and whether he can properly assist in his defense.

The detention hearing in this case is scheduled for July 21, 2026, pretrial motions are currently due by August 12, 2026, and the arraignment is set for the September 15, 2026, term of court. [DE 25]. Counsel for Mr. Carnes respectfully requests that the Court stay the detention hearing, pretrial motions deadline and arraignment date until the competency issue has been resolved.

The ends of justice served by this motion outweigh the interests of the public and Mr. Carnes in a speedy trial. The period of delay resulting from granting this continuance should

1

therefore be excluded from the calculation of speedy trial time pursuant to 18 U.S.C. § 3161(h)(7)(A).

Assistant United States Attorney Logan Liles has been contacted, and he does not oppose the requested stay.

Respectfully requested this 17th day of July, 2026.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Halerie M. Costello*
HALERIE M. COSTELLO
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Halerie_Costello@fd.org
N.C. State Bar No. 43030
LR 57.1 Counsel Appointed

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

LOGAN LILES
Assistant United States Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on July 17, 2026, using the

CM/ECF system which will send notification of such filing to the above.

This the 17th day of July, 2026.

>*/s/ Halerie M. Costello*
>HALERIE M. COSTELLO
>Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>150 Fayetteville Street, Suite 450
>Raleigh, North Carolina 27601
>Telephone: 919-856-4236
>Fax: 919-856-4477
>E-mail: Halerie_Costello@fd.org
>N.C. State Bar No. 43030
>
>LR 57.1 Counsel Appointed

3