| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| CHRISTOPHER K. CARNES | |

This matter is before the Court on a motion for a competency evaluation pursuant to 18 U.S.C. § 4241 and a motion to stay deadlines filed by Defendant Christopher K. Carnes. For good cause shown, the Motion is ALLOWED. It is hereby ORDERED that a psychiatric or psychological examination of Mr. Carnes be conducted pursuant to 18 U.S.C. §§ 4241, 4247(b), and 4247(c) in order to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent. The evaluation will also determine whether Mr. Carnes understands the nature and consequences of the proceedings against him and whether he can properly assist in his defense.

Mr. Carnes is committed to the custody of the Attorney General or his designated representative for placement in a suitable facility for purposes of the examination. Such commitment shall occur as soon as possible and shall be subject to the time limitations in 18 U.S.C. § 4247(b).

No later than 14 days after entry of this order, counsel shall file under seal a joint report on the status of defendant's placement and examination. The joint report shall include: the identity of the facility at which defendant has been placed for the examination; the expected date of completion of the examination if not already completed (to the extent reasonably obtainable) or, if completed,

1

the date of completion; and if not already submitted to the court, the expected date of submission of the report on the examination (to the extent reasonably obtainable).

Following the examination, a report shall be filed with the Court and copies served on counsel for Mr. Carnes and the United States Attorney as provided by 18 U.S.C. § 4247(c).

The Court further STAYS the detention hearing, pretrial motions deadlines, and the arraignment date until Mr. Carnes' competency issue is resolved. The current detention hearing, pretrial motions deadline, and arraignment date are TERMINATED.

The ends of justice served by this motion outweigh the interests of the public and Mr. Carnes in a speedy trial. The delay occasioned by the granting of the motion is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

This _____ day of July, 2026.

_____
LOUISE WOOD FLANAGAN
United States District Court Judge

2