IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CR-120-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| CHRISTOPHER K. CARNES, | ) | |
| Defendant. | ) | |

Upon receipt of a forensic evaluation report by the Metropolitan Detention Center at Los Angeles, California, concerning Defendant's competency and upon referral by the Honorable Louise W. Flanagan, United States District Judge, it is ORDERED as follows:

1. The court hereby SCHEDULES this matter for a hearing, pursuant to 18 U.S.C. §§ 4241 and 4247(d), to determine Defendant's competency, said hearing to be held at **11:00 a.m. on December 1, 2026**, at the United States Courthouse Annex in Greenville.

2. Defendant and counsel of record for each party shall be present for the hearing.

3. On or before **November 24, 2026**, each party shall file a notice informing the court of the following:

   a. whether the party contests Defendant's competency;

b. whether the party intends to call any witnesses at the competency hearing;

c. whether the party is requesting that any witnesses be permitted to testify remotely;

d. whether the party is requesting an administrative, telephone conference prior to the hearing; and

e. such other relevant matters the party wishes to address with the court.

4. Defendant shall remain in custody pending the hearing.

This 26th day of October 2026.

KIMBERLY A. SWANK
United States Magistrate Judge